UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY EUGENE DRAPER,

    Plaintiff,

v.                                                        Case No. 1:22-cv-656
                                                              Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings.  This Judgment is entered *nunc pro tunc* to September 25, 2023.

        **IT IS SO ORDERED**.

Dated:  February 27, 2024                                             /s/ Ray Kent
                                                                                 RAY KENT
                                                                                 United States Magistrate Judge